PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPARKLE HILL, | ) | CASE NO. 5:19CV1582 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| MEDICARE TRANSPORT, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, the Court grants the parties' joint motion and approves the settlement agreement in this case, finding that it represents a fair and reasonable resolution of the parties' bona fide disputes under federal law. The Court retains jurisdiction over this action for the purpose of enforcing the settlement agreement. This case is dismissed with prejudice.

IT IS SO ORDERED.

  October 22, 2019               */s/ Benita Y. Pearson*
Date                                                  Benita Y. Pearson
                                                                 United States District Judge